| | |
|---|---|
| 1 | TIMOTHY S. MENTER, ESQ. |
|   | Nevada Bar No: 007091 |
| 2 | **MENTER & WITKIN** |
|   | 19900 MacArthur Blvd., Suite 800 |
| 3 | Irvine, California 92612 |
|   | Telephone: 949-250-9000 |
| 4 | Facsimile: 949-250-9045 |
|   | *Attorneys for Real Party in Interest Latigo* |
| 5 | *Condominium Unit-Owners' Association, Inc.* |
| 6 | SCOTT K. CANEPA, ESQ. |
|   | Nevada Bar No. 004556 |
| 7 | MICHAEL C. RUBINO, ESQ. |
|   | Nevada State Bar No. 005758 |
| 8 | **CANEPA RIEDY & RUBINO** |
|   | 851 South Rampart Boulevard, Suite 160 |
| 9 | Las Vegas, Nevada 89145-4885 |
|   | Telephone: 702-304-2335 |
| 10 | Facsimile: 702-304-2336 |
|   | *Attorneys for Real Party in Interest Latigo* |
| 11 | *Condominium Unit-Owners' Association, Inc.* |

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, | No. 2:11-cv-00393-JCM-LRL |
| Plaintiff, | NOTICE OF PENDING SETTLEMENT |
| vs. | |
| RLI INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

BE ADVISED THAT a settlement is has been reached between Real Party in Interest, Latigo Condominium Unit-Owners Association and Defendant RLI Insurance Company. The parties are in the process of memorializing the settlement in a written agreement. After the agreement is finalized and executed, this matter will be dismissed. It is anticipated that it will take no longer than 30 days to finalize the settlement.

In order to save additional expense and for purposes of judicial economy, request is made

1  that the current deadline for filing a Discovery Plan and Scheduling Order be continued for a
2  minimum of 30 days. There is also a pending Motion to Remand or, in the Alternative, to Stay
3  [Docket no. 7]. Upon consummation of the settlement between RLI and Latigo, this Motion will
4  become moot.

DATED: June 16, 2011						CANEPA, REIDY & RUBINO

								By: /s/ Michael C. Rubino
								    Michael C. Rubino, Esq.
								    Attorneys for Real Party in Interest

DATED: June 16, 2011						MORISON, HOLDON, DEREWETZKY &
								PROUGH, LLP

								By: /s/ Marc J. Derewetzky
								    Marc J. Derewetzky, Esq.
								    Attorneys for Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   June 20, 2011