TIMOTHY S. MENTER, ESQ.
Nevada Bar No: 007091
**MENTER & WITKIN**
19900 MacArthur Blvd., Suite 800
Irvine, California 92612
Telephone: 949-250-9000
Facsimile: 949-250-9045
*Attorneys for Real Party in Interest Latigo*
*Condominium Unit-Owners' Association, Inc.*

SCOTT K. CANEPA, ESQ.
Nevada Bar No. 004556
MICHAEL C. RUBINO, ESQ.
Nevada State Bar No. 005758
**CANEPA RIEDY & RUBINO**
851 South Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145-4885
Telephone: 702-304-2335
Facsimile: 702-304-2336
*Attorneys for Real Party in Interest Latigo*
*Condominium Unit-Owners' Association, Inc.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, | No. 2:11-cv-00393-JCM-CWH |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO DISMISS ACTION** |
| vs. | |
| RLI INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

    Whereas a settlement has been reached between Real Party in Interest Latigo Condominium Unit-Owners' Association, Inc. ("Latigo") and Defendant RLI Insurance Company ("RLI"), and subject to the settlement agreement between the parties, the parties hereby stipulate and agree as follows:

    IT IS HEREBY STIPULATED and agreed by and between Latigo and RLI and Plaintiff Steadfast Insurance Company, by and through their respective undersigned counsel, that this action shall be dismissed with prejudice as to RLI and otherwise without prejudice pursuant to

JOINT STIPULATION AND ORDER TO DISMISS ACTION
1

Fed. R. Civ. P. 41(a)(1)(A)(ii) and subject to the settlement agreement between the parties and that such dismissal shall not operate as an adjudication on the merits relative to the claims at issue in this action. The dismissal of this action shall not form the basis of any claim for attorney fees or costs, with each side to bear its own fees and costs.

DATED: September 15, 2011        CANEPA, REIDY & RUBINO

By: /s/ Michael C. Rubino
    Michael C. Rubino, Esq.
    Attorneys for Real Party in Interest
    Latigo Condominium Unit-Owners
    Association, Inc.

DATED: September 15, 2011        MORALES, FIERRO & REEVES

By: /s/ Ramiro Morales
    Ramiro Morales, Esq.
    Attorneys for Plaintiff Steadfast
    Insurance Company

DATED: September 15, 2011        MORISON, HOLDEN, DEREWETZKY & PROUGH, LLP

By: /s/ Marc J. Derewetzky
    Marc J. Derewetzky, Esq.
    Attorneys for Defendant RLI Insurance
    Company

## ORDER

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action shall be dismissed with prejudice as to RLI and otherwise without prejudice pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii).

DATED: September 27, 2011

_____
UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5, I certify that I am an employee of Menter & Witkin, whose address is 19900 MacArthur Boulevard, Suite 800, Irvine, CA 92612, and that on the 16th day of September, 2011, a copy of the foregoing **JOINT STIPULATION AND ORDER TO DISMISS ACTION** was served on the parties by filing and serving the same using the ECF system or by United States mail, postage prepaid, as follows:

<u>Attorney for Plaintiff Steadfast Insurance Company</u>

Ramiro Morales, Esq.
Morales Fierro & Reeves
725 South Eighth Street, Suite B
Las Vegas, NV 89101

<u>Co-Counsel for Real Party in Interest Latigo Condominium Unit-Owners Association, Inc.</u>

Scott K. Canepa, Esq.
Michael C. Rubino, Esq.
Canepa Riedy & Rubino
851 South Rampart Boulevard, Suite 160
Las Vegas, NV 89145-4885

<u>Attorney for Defendant RLI Insurance Company</u>

William C. Morison
Marc J. Derewetzky
Morison Holden Derewetzky & Prough LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596

David Mincin
Law Office of Richard McKnight, P.C.
330 South Third Street, Suite 900
Las Vegas, NV 89101

I declare under penalty of perjury that the above is true and correct. Executed on September 16, 2011.

*Lynda McNally*
Lynda McNally